# In the United States Court of Federal Claims

Case No. 04-1287C
(Filed: March 1, 2005)

*****************************************************
BRAWLEY I INVESTMENT GROUP, *
A California Limited Partnership, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

In accordance with the parties' **Joint Motion for a Stay of Proceedings** filed February 16, 2005, **this case is stayed until 14 days after the conclusion of ADR proceedings**.

**Parties shall file a Joint Status Report every 60 days, starting May 2, 2005.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge