**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

Grass Valley Investment Group I,

Plaintiff,

Diamond Springs Investment Group II,

Plaintiff,

Weaverville Investment Group I,

Plaintiff,

Hollister Investment Group II,

Plaintiff,

Ramona Investment Group II,

Plaintiff,

Pixley Investment Group,

Plaintiff,

Brawley I Investment Group,

Plaintiff,

Brawley II Investment Group,

Plaintiff,

v.

United States,

Defendant.

**Case Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C – ADR Pilot**
**(Judge Marian Blank Horn)**

---

## JOINT STATEMENT

Pursuant to the Joint Status Report filed on December 19, 2005 in the above-captioned matters, the parties respectfully submit this joint statement concerning the manner in which they propose to proceed at the January 18, 2006 ADR conference with the Court.

## BACKGROUND

As noted in the December 19, 2005 Joint Status Report, the parties continue to engage in substantive settlement negotiations, the aim of which is to arrive at an approach by which many, and potentially all, of the currently pending FmHA Section 515 cases can be settled. Significant progress has been made over the last several months toward a damages model through which the settlement value of each claimant's case can be calculated. This model requires the entry of multiple values concerning various parameters. For settlement purposes only, the parties have now reached tentative agreement on values for all but one parameter in this settlement damages model. The remaining parameter, market rent, is a critical driver for the damages calculation.

Since December 19, 2005, the parties have continued discussions concerning exploration of alternative methods of determining market rent. Counsel for the parties held an extended telephone conference on January 6, 2006, and plan to meet again on Tuesday, January 17, in advance of the January 18 Court conference. Some progress has been made but no agreement has been reached at this time.

## PROPOSED PROCEDURE FOR COURT CONFERENCE

The parties propose to utilize the January 18 Court conference as a vehicle to present the Court with a more detailed account of their respective views as to how to resolve the market rent issue, as part of an overall settlement model applicable to all or substantially all of the pending cases. The parties are optimistic that the gap between them can be bridged, but believe that the

participation of the Court as active mediator at this point could help achieve a mutually acceptable resolution.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
Eckland & Blando LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: January 11, 2005

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: January 11, 2005

**Filed Electronically**
**With the consent of the**
**Attorney for Defendant**