# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

HOLLISTER INVESTMENT GROUP II,

Plaintiff,

RAMONA INVESTMENT GROUP II,

Plaintiff,

PIXLEY INVESTMENT GROUP,

Plaintiff,

BRAWLEY I INVESTMENT GROUP,

Plaintiff,

BRAWLEY II INVESTMENT GROUP,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C - ADR Pilot**

**Filed: March 13, 2006**

## O R D E R

An ADR conference was held in the above-captioned cases on March 6, 2006. The parties are to be commended for the significant progress achieved. As discussed with the parties, the court schedules an additional ADR conference for **Tuesday, March 21, 2006 at 9:30 a.m. EST**. Counsel for the parties shall place a joint conference call to chambers at 202-357-6580 on **Thursday, March 16, 2006 at 3:00 p.m. EST** to discuss whether the

next conference should be held in person at the United States Court of Federal Claims or over the telephone. If the next conference is to be by telephone, telephone numbers for counsel and any additional individuals who wish to be included in the telephone conference must be provided to the court on or before Friday, March 17, 2006.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR JUDGE**