IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRASS VALLEY INVESTMENT GROUP I, Plaintiff, | ) | |
| DIAMOND SPRINGS INVESTMENT GROUP II, Plaintiff, | ) | |
| WEAVERVILLE INVESTMENT GROUP I, Plaintiff, | ) | Case Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1315C, 04-1287C, 04-1305C<br>ADR Pilot Program<br>(Judge Marian Blank Horn) |
| HOLLISTER INVESTMENT GROUP II, Plaintiff, | ) | |
| PIXLEY INVESTMENT GROUP, Plaintiff, | ) | |
| BRAWLEY I INVESTMENT GROUP, Plaintiff, | ) | |
| BRAWLEY II INVESTMENT GROUP, Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, Defendant. | ) | |

DEFENDANT'S STATUS REPORT
CONCERNING THE PROGRESS OF SETTLEMENT EFFORTS

Pursuant to the Court's order dated March 8, 2007, defendant respectfully submits the following status report concerning the status of the Government's review of plaintiffs' settlement offer.

Plaintiff's settlement offer continues to be given serious consideration. However, since the March 7, 2007 status conference in this matter, there have been no specific developments in this process that we are in a position to report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/Jeanne E. Davidson**
JEANNE E. DAVIDSON
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

Attorneys for Defendant

**Filed Electronically**

March 14, 2007