**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

PIXLEY INVESTMENT GROUP,

Plaintiff,

BRAWLEY I INVESTMENT GROUP,

Plaintiff,

BRAWLEY II INVESTMENT GROUP,

Plaintiff,

v.

THE UNITED STATES

Defendant.

Case Nos. 04-1284C, 04-1302C, 04-1320C, 04-1315C, 04-1287C, 04-1305C

ADR Pilot Program
(Judge Marian Blank Horn)

---

**JOINT STATUS REPORT**

The parties respectfully submit the following Joint Status Report pursuant to the Court's Order of April 23, 2007.

As previously reported, the Section 515 Litigation Settlement Agreement was fully executed effective May 21, 2007, following which the parties entered the implementation phase of the settlement process. The parties have continued to confer regularly to address various procedural issues related to the implementation process as they arise. The parties are pleased with the progress of the settlement implementation, and continue to expect the process to be completed by the first quarter of 2008 in accordance with the terms of the Agreement.

The appraisers from the Cushman & Wakefield firm have now completed site visits for approximately one-third of the properties in the settlement and have scheduled site visits for more than two-thirds of the properties. In addition, the Market Rent Studies required by the Agreement have been issued by Cushman & Wakefield for numerous properties, and many more reports are expected to be issued soon. The parties have also held regular conferences with Cushman & Wakefield representatives on various issues throughout the settlement implementation process.

Finally, the initial payment that was due on August 21, 2007 pursuant to the terms of the Agreement has been paid by the Department of Treasury.

The parties have conferred regarding the filing of this document, and counsel for defendant has authorized counsel for plaintiffs to represent that defendant concurs in the contents of this Joint Status Report and all of the representations set forth therein.

Dated: September 11, 2007 Respectfully submitted,

**Filed Electronically**

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*