# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

HOLLISTER INVESTMENT GROUP II,

Plaintiff,

PIXLEY INVESTMENT GROUP,

Plaintiff,

BRAWLEY I INVESTMENT GROUP,

Plaintiff,

BRAWLEY II INVESTMENT GROUP,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1315C, 04-1287C, 04-1305C**

**Filed: November 16, 2007**

## ORDER

As previously discussed with the parties, an ADR telephone conference is **SCHEDULED** for **Tuesday, November 27, 2007, at 12:30 p.m. EST**. Unless otherwise informed, the court will contact Mr. Eckland and Mr. Blando at (612) 236-0169, Mr. Roberts at (612) 766-7816; and Mr. Brilliant, at (202) 616-8275.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**