# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**GRASS VALLEY INVESTMENT GROUP I,**

**Plaintiff,**

**DIAMOND SPRINGS INVESTMENT GROUP II,**

**Plaintiff,**

**WEAVERVILLE INVESTMENT GROUP I,**

**Plaintiff,**

**HOLLISTER INVESTMENT GROUP II,**

**Plaintiff,**

**PIXLEY INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY I INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY II INVESTMENT GROUP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1315C, 04-1287C, 04-1305C**

**Filed: March 18, 2008**

## O R D E R

On March 17,2008, plaintiffs requested a status conference in the above-captioned case. As agreed to by the parties, the court **SCHEDULES** a status conference for **Thursday, April 10, 2008, 10:00 a.m. DST** (instead of 10:30 a.m). The parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Eckland and Mr. Blando at (612) 236-0169, Mr. Roberts and Mr. Snider at (612) 766-7816; and Mr. Brilliant and Mr. Kessler at (202) 616-8275. If there are any changes to these telephone numbers,

advise chambers at (202) 357-6580. Also as agreed to by the parties, on or before **Thursday, April 3, 2008**, the parties or a representative shall call chambers and inform the court whether there is a continuing need for the above April 10, 2008 conference, and if so, the proposed agenda for the conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**