# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**GRASS VALLEY INVESTMENT GROUP I,**

**Plaintiff,**

**DIAMOND SPRINGS INVESTMENT GROUP II,**

**Plaintiff,**

**WEAVERVILLE INVESTMENT GROUP I,**

**Plaintiff,**

**PIXLEY INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY I INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY II INVESTMENT GROUP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1315C, 04-1287C, 04-1305C**

**Filed: May 19, 2008**

## O R D E R

The court held an ADR Conference in the above-captioned cases on May 16, 2008, with the parties appearing by telephone. As discussed with the parties, on or before **Wednesday, June 18, 2008**, the parties shall submit the latest version of their Settlement Agreement, and a joint statement of the issue(s) which the parties wish to discuss with the

court. Furthermore, the court **SCHEDULES** a status conference for **Wednesday, June 25, 2008, 10:30 a.m. DST**. The parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Eckland and Mr. Blando at (612) 236-0169, Mr. Roberts and Mr. Snider at (612) 766-7816; and Mr. Brilliant and Mr. Kessler at (202) 616-8275. If there are any changes to these telephone numbers, or additional numbers, please so advise chambers at (202) 357-6580. The parties shall be prepared to discuss the identified issue(s) of concern at the June 25, 2008 ADR Conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**